UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUNIQUE AGOSTINI, on behalf of herself and
all others similarly situated,
                            Plaintiffs,                24 Civ. 7036 (LGS)

            -against-                            ORDER

GROOMIT FOR PETS, LLC,
                            Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated September 25, 2024, required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference, which is scheduled for November 6, 2024.

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

       **ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **November 4, 2024**.

Dated: November 1, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE