**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

x

LUNQUE AGOSTINI, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

GROOMIT FOR PETS, LLC,

Defendants.

x

Civil Action No.

1:24-cv-7036

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Lunique Agostini, and Defendant, Groomit for Pets, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: January 8, 2025

By: Gabriel Levy

Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: 

Karla Del Pozo Garcia, Esq.
*Attorneys for Defendant*
Dentons US LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
T : 212-768-5328
Karla.delpozogarcia@dentons.com